# IN THE SUPREME COURT OF THE STATE OF NEVADA

FELTON L. MATTHEWS, JR.,
      Appellant,
  vs.
LAS VEGAS JUSTICE COURT, LAS VEGAS TOWNSHIP; LAS VEGAS JUSTICE COURT CLERK DEPARTMENT 7; WARDEN D. NEVEN; TRINITY PHARRIS; SGT. KIM; SGT. SHIELDS; CO GOIN; CO CROPPER; CO JAMES WILSON; CO J. HOLLINGSWORTH; CO J. RIGNEY; SKY HOFFMAN; CO A. SAUNDERS; DIRECTOR JAMES G. COX; THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS; THE STATE OF NEVADA; AND SKYE HOMAN,
      Respondents.

No. 70256

**FILED**

MAY 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion for summary judgment and dismissing appellant's petition for a writ of mandamus. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears the district court has not yet entered a final written order, and the notice of appeal was prematurely filed. The district court held its hearing on April 5, 2016, at which time it dismissed the case. To date no written order appears to have been entered. Thus, this appeal is premature and we lack jurisdiction over the appeal at this time. *See* NRAP 4(a)(6) (providing that "[a] premature notice of appeal does not divest the district court of

16-14807

jurisdiction" and that this court "may dismiss as premature a notice of appeal filed after the oral pronouncement of a decision or order but before entry of the written judgment or order"); *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 688-89, 747 P.2d 1380, 1381-82 (1987) (explaining that oral rulings are ineffective for appeal purposes and that a written order or judgment must be filed before a district court ruling can be appealed). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Joanna Kishner, District Judge
      Felton L. Matthews, Jr.
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk